614 A.2d 613
BENDIX CORPORATION, v. DIRECTOR,
DIVISION OF TAXATION.

August 4, 1992.

## ORDER

The United States Supreme Court having issued its decision and mandate, *sub nom Allied–Signal, Inc. v. Director, Division of Taxation,* —— *U.S.* ——, 112 *S.Ct.* 2251, 119 *L.Ed.*2d 533 (1992), and good cause appearing;

It is ORDERED that the within matter is remanded to the Tax Court for such action as may be appropriate in light of the judgment of the Supreme Court. Jurisdiction is not retained.

614 A.2d 613
IN RE OPINION NO. 26 OF THE COMMITTEE ON
THE UNAUTHORIZED PRACTICE OF LAW.

September 11, 1992.

## ORDER

Petitions for review of the Committee on the Unauthorized Practice of Law, entitled, *Real Estate Closing Practices,* is granted.

614 A.2d 613
RAUL LOPEZ, v. MANUELA SAUERS, ET AL.

September 24, 1992.

## ORDER

The parties having stipulated to a dismissal of this matter, and good cause appearing;

It is ORDERED that the appeal is dismissed.